**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 16-CV-20757-JLK

JASON HILL, ROBERT SADLIER, ROLANDO CADIZ, ALEXIS LUIS, and GUILLERMO VALDEZ,

Plaintiffs,

vs.

BELLA MIA, INC., TERI GALARDI, MICHAEL PORTER, and JOHN STEVEN ENNIS,

Defendants.
_______________________________/

## ORDER VACATING CLERK'S ORDER OF DEFAULT

THIS CAUSE comes before the Court upon Defendant MICHAEL PORTER's Motion to Vacate Clerk's Default (DE 35), filed February 17, 2017. In the certificate of good faith conferral, the motion states that it is unopposed by Plaintiffs.

Accordingly, it is **ORDERED, ADJUDGED**, and **DECREED** as follows:

1. Defendant MICHAEL PORTER's Motion to Vacate Clerk's Default **(DE 35)** be, and the same is, hereby **GRANTED**,
2. The Clerk's Order of Default as to Defendant Michael Porter **(DE 33)** be, and the same is, hereby **VACATED**; and

3. Defendant MICHAEL PORTER's Answer **(DE 34)** be, and the same is, hereby **DEEMED** filed as of the date of this order.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 27th day of February, 2017.

HONORABLE JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All counsel of record.